JARED BOBROW (Bar No. 133712)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  +1.650.802.3000
Facsimile:  +1.650.802.3100
E-mail:  Jared.Bobrow@Weil.com
Attorneys for Plaintiff
CUTERA, INC.

ALAN H. BLANKENHEIMER (Bar No. 218713)
DANIEL N. KASSABIAN (Bar No. 215249)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:  Alan.Blankenheimer@HellerEhrman.com
         Daniel.Kassabian@ HellerEhrman.com

Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and
THE GENERAL HOSPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CUTERA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION,<br><br>  Defendants. | Case No.: C 05-2749 CW<br><br>**STIPULATION ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>Date:  N/A<br>Time:  N/A<br>Courtroom:  2<br>Judge: The Honorable Claudia Wilken |

# STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-11, Plaintiff Cutera, Inc. ("Cutera") on the one hand and Defendants Palomar Medical Technologies, Inc. and the General Hospital Corporation (collectively "Defendants") on the other hand, through their respective counsel of record, state as follows:

WHEREAS,

1. By Order dated September 2, 2005 ("the Order"), this Court stayed the instant action pending resolution of Cutera's Motion to Dismiss ("the Motion") in *Palomar Medical Technologies, Inc. and The General Hospital Corporation v. Cutera, Inc.*, Civil Action No. 05-CV-10683-RWZ ("the Massachusetts Action");

2. Pursuant to the Order, a Case Management Conference in the instant action is still on calendar for November 4, 2005;

3. Under Civil L.R. 16-9, as well as Federal Rule of Civil Procedure 26(f), the parties would normally submit a Case Management Statement and a Rule 26(f) report prior to a Case Management Conference;

4. There has been no ruling on Cutera's Motion in the Massachusetts Action;

5. The parties do not know when a ruling might issue in the Massachusetts Action, or what that ruling might be, and therefore do not have sufficient information to prepare and submit a Case Management Statement or a Rule 26(f) report; and

6. The Order permits the parties to stipulate to continue the Case Management Conference date for 60 days if there has been no ruling in the Massachusetts Action by that time.

THEREFORE, Cutera and Defendants NOW STIPULATE AND AGREE to continue the Case Management Conference date to January 3, 2006, or such other date as the Court may elect.

Dated:  November 1, 2005          WEIL, GOTSHAL & MANGES LLP


By _____
           JARED BOBROW
Attorneys for Plaintiff
CUTERA, INC.

Dated:  November 1, 2005          HELLER EHRMAN LLP


By _____/s/Daniel N. Kassabian_____
        DANIEL N. KASSABIAN
Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and
THE GENERAL HOSPITAL CORPORATION


**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.   **The CMC is continued to 1/6/06 at 1:30 p.m.**


Dated:  November 1, 2005           /s/ CLAUDIA WILKEN

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE