JARED BOBROW (Bar No. 133712)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:   +1.650.802.3000
Facsimile:   +1.650.802.3100
E-mail:      Jared.Bobrow@Weil.com

Attorneys for Plaintiff
CUTERA, INC.


WAYNE L. STONER (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA   02109
Telephone:   +1.617.526.6000
Facsimile:   +1.617.526.5000
E-mail:      Wayne.Stoner@WilmerHale.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
DANIEL N. KASSABIAN (Bar No. 215249)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA   94104-2878
Telephone:   +1.415.772.6000
Facsimile:   +1.415.772.6268
E-mail:      Alan.Blankenheimer@HellerEhrman.com
             Daniel.Kassabian@HellerEhrman.com

Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and THE GENERAL HOSPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CUTERA, INC.,<br><br>                              Plaintiff,<br><br>      v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION,<br><br>                              Defendants. | Case No.: C 05-2749 CW<br><br>**ORDER GRANTING STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br><br><br><br><br><br><br>Judge: The Honorable Claudia Wilken |

STIPULATION AND ORDER TO POSTPONE
CASE MANAGEMENT CONFERENCE                              CASE NO. C 05-2749 CW
SV1:\234591\01\510F01!.DOC\13906.0005

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-11, Plaintiff Cutera, Inc. ("Cutera") on the one hand and Defendants Palomar Medical Technologies, Inc. and the General Hospital Corporation (collectively "Defendants") on the other hand, through their respective counsel of record, state as follows:

WHEREAS,

1. By Order entered September 2, 2005 ("the Stay Order"), this Court stayed the instant action pending resolution of Cutera's Motion to Dismiss ("the Motion") in *Palomar Medical Technologies, Inc. and The General Hospital Corporation v. Cutera, Inc.*, Civil Action No. 05-CV-10683-RWZ ("the Massachusetts Action").  Such stay is without prejudice to the Defendants to seek a further stay of the instant action if Cutera's Motion is denied;

2. By Stipulation And Order To Postpone Case Management Conference entered November 1, 2005, the Case Management Conference ("CMC") in the instant action was rescheduled from November 4, 2005 to January 6, 2006, because the Order to Stay kept the CMC on calendar but permitted the parties to postpone the CMC by 60 days if there had been no ruling in the Massachusetts Action;

3. Under Civil Local Rule 16-9, as well as Federal Rule of Civil Procedure 26(f), the parties would normally submit a Case Management Statement and a Rule 26(f) report prior to a CMC;

4. There has been no ruling on Cutera's Motion in the Massachusetts Action;

5. The parties do not know when a ruling might issue in the Massachusetts Action, or what that ruling might be, and therefore do not have sufficient information to prepare and submit a Case Management Statement or a Rule 26(f) report; and

6. Because there has been no ruling in the Massachusetts Action to date, the parties desire, and seek the Court's permission, to continue the CMC currently scheduled for January 6, 2006, for another 60 days.

1         THEREFORE, Cutera and Defendants NOW STIPULATE AND AGREE to
continue the CMC to March 10, 2006, at 1:30 p.m. or such other date and time as the Court may elect.

Dated:   January 3, 2006         WEIL, GOTSHAL & MANGES LLP

                                  By       /s/ JARED BOBROW
                                  Attorneys for Plaintiff
                                  CUTERA, INC.

Dated:   January 3, 2006         HELLER EHRMAN LLP

                                  By        /s/ DANIEL N. KASSABIAN
                                  Attorneys for Defendants
                                  PALOMAR MEDICAL TECHNOLOGIES and
                                  THE GENERAL HOSPITAL CORPORATION

## **ORDER**

        PURSUANT TO THE STIPULATION, IT IS SO ORDERED.   The CMC is continued to March 10, 2006 at 1:30 p.m.

Dated:   1/3/06

                                  /s/ CLAUDIA WILKEN

                                  THE HONORABLE CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE