```
1   JARED BOBROW (Bar No. 133712)
    WEIL, GOTSHAL & MANGES LLP
2   Silicon Valley Office
    201 Redwood Shores Parkway
3   Redwood Shores, CA 94065
    Telephone:   +1.650.802.3000
4   Facsimile:   +1.650.802.3100
    E-mail:      Jared.Bobrow@Weil.com
5
    Attorneys for Plaintiff
6   CUTERA, INC.

7

    WAYNE L. STONER (admitted pro hac vice)
8   WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
9   Boston, MA   02109
    Telephone:   +1.617.526.6000
10  Facsimile:   +1.617.526.5000
    E-mail:      Wayne.Stoner@WilmerHale.com
11
    ALAN H. BLANKENHEIMER (Bar No. 218713)
12  DANIEL N. KASSABIAN (Bar No. 215249)
    HELLER EHRMAN LLP
13  333 Bush Street
    San Francisco, CA   94104-2878
14  Telephone:   +1.415.772.6000
    Facsimile:   +1.415.772.6268
15  E-mail:      Alan.Blankenheimer@HellerEhrman.com
                 Daniel.Kassabian@HellerEhrman.com
16
    Attorneys for Defendants
17  PALOMAR MEDICAL TECHNOLOGIES and THE GENERAL HOSPITAL CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CUTERA, INC., | Case No.: C 05-2749 CW |
| Plaintiff, | **ORDER GRANTING STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE** |
| v. | |
| PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION, | |
| Defendants. | Judge: The Honorable Claudia Wilken |

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-11, Plaintiff Cutera, Inc. ("Cutera") on the one hand and Defendants Palomar Medical Technologies, Inc. and the General Hospital Corporation (collectively "Defendants") on the other hand, through their respective counsel of record, state as follows:

WHEREAS,

1. By Order entered September 2, 2005 ("the Stay Order"), this Court stayed the instant action pending resolution of Cutera's Motion to Dismiss ("the Motion") in *Palomar Medical Technologies, Inc. and The General Hospital Corporation v. Cutera, Inc.*, Civil Action No. 05-CV-10683-RWZ ("the Massachusetts Action"). Such stay is without prejudice to the Defendants to seek a further stay of the instant action if Cutera's Motion is denied;

2. By Stipulation And Order To Postpone Case Management Conference entered November 1, 2005, the Case Management Conference ("CMC") in the instant action was rescheduled from November 4, 2005 to January 6, 2006, because the Order to Stay kept the CMC on calendar but permitted the parties to postpone the CMC by 60 days if there had been no ruling in the Massachusetts Action;

3. By Stipulation And Order To Postpone Case Management Conference entered December 27, 2005, the CMC was rescheduled from January 6, 2006 to March 10, 2006, because the Order to Stay kept the CMC on calendar but permitted the parties to postpone the CMC by 60 days if there had been no ruling in the Massachusetts Action;

4. Under Civil Local Rule 16-9, as well as Federal Rule of Civil Procedure 26(f), the parties would normally submit a Case Management Statement and a Rule 26(f) report prior to a CMC;

5. There has been no ruling on Cutera's Motion in the Massachusetts Action;

6. The parties do not know when a ruling might issue in the Massachusetts Action, or what that ruling might be, and therefore do not have sufficient information to prepare and submit a Case Management Statement or a Rule 26(f) report; and

7.     Because there has been no ruling in the Massachusetts Action to date, the parties desire, and seek the Court's permission, to continue the CMC currently scheduled for March 10, 2006, for approximately another 60 days.

THEREFORE, Cutera and Defendants NOW STIPULATE AND AGREE to continue the CMC to May 12, 2006, at 1:30 p.m. or such other date and time as the Court may elect.

Dated:   March 7, 2006                               WEIL, GOTSHAL & MANGES LLP


By            /s/ JARED BOBROW
Attorneys for Plaintiff
CUTERA, INC.


Dated:   March 7, 2006                               HELLER EHRMAN LLP


By         /s/ DANIEL N. KASSABIAN
Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and
THE GENERAL HOSPITAL CORPORATION

1 **ORDER**

2       PURSUANT TO THE STIPULATION, IT IS SO ORDERED.   The CMC is

3 continued to May 12, 2006 at 1:30 p.m.

5 Dated:   3/7/06

6                                         /s/ CLAUDIA WILKEN

8                                         THE HONORABLE CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE