JARED BOBROW (Bar No. 133712)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:   +1.650.802.3000
Facsimile:   +1.650.802.3100
E-mail:      Jared.Bobrow@Weil.com

Attorneys for Plaintiff
CUTERA, INC.


WAYNE L. STONER (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA   02109
Telephone:  +1.617.526.6000
Facsimile:  +1.617.526.5000
E-mail:     Wayne.Stoner@WilmerHale.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
DANIEL N. KASSABIAN (Bar No. 215249)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA   94104-2878
Telephone:  +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:     Alan.Blankenheimer@HellerEhrman.com
            Daniel.Kassabian@HellerEhrman.com

Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and THE GENERAL HOSPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CUTERA, INC.,<br><br>                              Plaintiff,<br><br>       v.<br><br>PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION,<br><br>                              Defendants. | Case No.: C 05-2749 CW<br><br>**ORDER GRANTING AS MODIFIED AMENDED STIPULATION TO POSTPONE CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Claudia Wilken |

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-11, Plaintiff Cutera, Inc. ("Cutera") on the one hand and Defendants Palomar Medical Technologies, Inc. and the General Hospital Corporation (collectively "Defendants") on the other hand, through their respective counsel of record, state as follows:

WHEREAS,

1. By Order entered September 2, 2005 ("the Stay Order"), this Court stayed the instant action pending resolution of Cutera's Motion to Dismiss ("the Motion") in *Palomar Medical Technologies, Inc. and The General Hospital Corporation v. Cutera, Inc.*, Civil Action No. 05-CV-10683-RWZ ("the Massachusetts Action"). Such stay is without prejudice to the Defendants to seek a further stay of the instant action if Cutera's Motion is denied;

2. By Stipulation And Order To Postpone Case Management Conference entered November 1, 2005, the Case Management Conference ("CMC") in the instant action was rescheduled from November 4, 2005 to January 6, 2006, because the Order to Stay kept the CMC on calendar but permitted the parties to postpone the CMC by 60 days if there had been no ruling in the Massachusetts Action;

3. By Stipulation And Order To Postpone Case Management Conference entered December 27, 2005, the CMC was rescheduled from January 6, 2006 to March 10, 2006, because the Order to Stay kept the CMC on calendar but permitted the parties to postpone the CMC by 60 days if there had been no ruling in the Massachusetts Action;

4. By Stipulation And Order To Postpone Case Management Conference entered March 6, 2006, the CMC was rescheduled from March 10, 2006 to May 12, 2006, because the Order to Stay kept the CMC on calendar but permitted the parties to postpone the CMC by 60 days if there had been no ruling in the Massachusetts Action;

5. On May 4, 2006, the parties filed a Stipulation And Proposed Order To Postpone Case Management Conference seeking to continue the CMC to July 14, 2006, at 1:30 p.m., because there had been no ruling on Cutera's Motion in the Massachusetts Action at that time;

6. On May 5, 2006, Cutera's Motion in the Massachusetts Action was denied.

7. For the coming weeks, lead counsel for Defendants and counsel for Cutera will be in trial in Massachusetts in another action between the parties, *Palomar Medical Technologies, Inc. and The General Hospital Corporation v. Cutera, Inc.*, Civil Action No. 02-CV-10258-RWZ, with a pretrial conference in that action on May 11, 2006.

7. Under Civil Local Rule 16-9, as well as Federal Rule of Civil Procedure 26(f), the parties would normally submit a Case Management Statement and a Rule 26(f) report prior to a CMC.   Because of the pending trial between the parties in another case and the recency of the ruling in the Massachusetts action, however, the parties were unable to meet and confer in order to prepare and submit a Case Management Statement or a Rule 26(f) report.

9. Also because of the pending trial between the parties in another case and the recency of the ruling in the Massachusetts Action, the parties desire, and seek the Court's permission, to continue the CMC currently scheduled for May 12, 2006, for approximately another 60 days.

THEREFORE, Cutera and Defendants NOW STIPULATE AND AGREE to continue the CMC to July 14, 2006, at 1:30 p.m. or such other date and time as the Court may elect.

Dated:   May 10, 2006            WEIL, GOTSHAL & MANGES LLP

By_____ /s/ JARED BOBROW_____
Attorneys for Plaintiff
CUTERA, INC.


Dated:   May 10, 2006            HELLER EHRMAN LLP

By_____ /s/ DANIEL N. KASSABIAN_____
Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and
THE GENERAL HOSPITAL CORPORATION

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.   The CMC is continued to **September 22**, 2006 at 1:30 p.m.   **However, the parties shall submit a joint Case Management Conference Statement on July 7, 2006.**

Dated:   5/10/06

/s/ CLAUDIA WILKEN

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE