JARED BOBROW (Bar No. 133712)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  +1.650.802.3000
Facsimile:  +1.650.802.3100
E-mail:  Jared.Bobrow@Weil.com

Attorneys for Plaintiff
CUTERA, INC.


WAYNE L. STONER (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  +1.617.526.6000
Facsimile:  +1.617.526.5000
E-mail:  Wayne.Stoner@WilmerHale.com

ALAN H. BLANKENHEIMER (Bar No. 218713)
DANIEL N. KASSABIAN (Bar No. 215249)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone:  +1.415.772.6000
Facsimile:  +1.415.772.6268
E-mail:  Alan.Blankenheimer@HellerEhrman.com
         Daniel.Kassabian@HellerEhrman.com

Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and THE GENERAL HOSPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CUTERA, INC., | Case No.: C 05-2749 CW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION, | |
| Defendants. | Judge: The Honorable Claudia Wilken |

1 | Plaintiff Cutera, Inc. and Defendants Palomar Medical Technologies, Inc. and The General Hospital Corporation hereby stipulate and agree that in the above-captioned matter, all claims shall be, and hereby are, dismissed with prejudice. Each party shall bear its own costs, and each party waives all rights of appeal.

Dated:  July 7, 2006          WEIL, GOTSHAL & MANGES LLP

By           /s/ JARED BOBROW
Attorneys for Plaintiff
CUTERA, INC.

Dated:  July 7, 2006          HELLER EHRMAN LLP

By          /s/ DANIEL N. KASSABIAN
Attorneys for Defendants
PALOMAR MEDICAL TECHNOLOGIES and
THE GENERAL HOSPITAL CORPORATION

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated:  7/7/06

/s/ CLAUDIA WILKEN

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE